IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAYLA OWENS,  : No. 3:24cv815
    Plaintiff  :
    : (Judge Munley)
v.  :
    :
PHARMASOURCE, INC.  :
    Defendant  :

## ORDER

**AND NOW**, to wit, this 5th day of August 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendant's motion to dismiss plaintiff's claims for FMLA interference and retaliation, (Doc. 7), is **GRANTED**;

2) Count I and Count II of plaintiff's complaint are **DISMISSED**;

3) Plaintiff may file an amended complaint as to her FMLA interference and retaliation claims within twenty (20) days of the date of this order; and

4) If plaintiff does not file an amended complaint, her FMLA interference and retaliation claims in Count I and Count II will be dismissed with prejudice without further order of court and this matter will proceed based on plaintiff's other claims in her complaint.

Date: 8/5/25

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court